IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WAYNE J. FENIMORE

        Plaintiff,

v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY
        Defendant.

CIVIL ACTION
NO. 17-4722

## **ORDER**

**AND NOW**, this 24th day of April, 2018, it is hereby ORDERED that:

1. The defendant's motion to dismiss [Doc. 10] is GRANTED.

2. Plaintiff's motion for continuance and denial of motion to dismiss [Doc. 11] is DENIED as moot.

3. The Clerk is DIRECTED to mark this case as closed.

                                   **BY THE COURT:**

                                   **/s/ Jeffrey L. Schmehl**
                                   Jeffrey L. Schmehl, J.